ADIEGO AMATO, Appellant, v. ALEXANDRO SVEDI, Respondent.—

Christ, P. J., Rabin, Munder, Martuscello and Latham, JJ., concur.

MARCELLA DOLAN, Appellant, v. H. C. BOHACK, INC., Respondent.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.